*Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of WASHINGTON, DC

Division

Case: 1:22-cv-02526 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 8/23/2022
Description: Pro Se Gen. Civ. (F-DECK)

ANDREW QUINN
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

DEPARTMENT OF JUSTICE Civil Rights Div
_____
Defendant(s)
(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case

Jury Trial:  (check one)   ☒ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    ANDREW QUINN
Street Address          3160 Campbell DR
City and County         FAIRFAX
State and Zip Code      VA, 22031
Telephone Number        —
E-mail Address          —

**RECEIVED**

AUG 23 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Page 1 of 5

'Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                          DEPARTMENT OF JUSTICE CIVIL RIGHT-DIV
Job or Title *(if known)*
Street Address                950 PENNSYLVANIA AVE NW
City and County               WASHINGTON
State and Zip Code            DC            20530
Telephone Number             —
E-mail Address *(if known)*   —

Defendant No. 2

Name                          HUMAN SERVICE    DHS
Job or Title *(if known)*
Street Address                10455 ARMSTRONG St
City and County               FAIRFAX
State and Zip Code            VA, 22030
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name                          SHERIFF DEPARTMENT
Job or Title *(if known)*
Street Address                4110 Chain Bridge RD
City and County               FAIRFAX
State and Zip Code            VA 22030
Telephone Number             —
E-mail Address *(if known)*   —

Defendant No. 4

Name                          LAMP CENTER
Job or Title *(if known)*
Street Address                3160 CAMPBELL DR
City and County               FAIRFAX
State and Zip Code            VA 22031
Telephone Number
E-mail Address *(if known)*

ᵃPro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* ___ANDREW QUINN___, is a citizen of the State of *(name)* ___VA-VIRGINIA___.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated

under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* ~~DOJ Civil Right DIV~~, is a citizen of the State of *(name)* ~~DC~~. Or is a citizen of *(foreign nation)* _____.

'Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.     If the defendant is a corporation

           The defendant, *(name)* DOJ-CivilRight-DiV. is incorporated under the laws of the State of *(name)* DC , and has its principal place of business in the State of *(name)* _____ .

           Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

           *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

      3.     The Amount in Controversy

           The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.



HARASSMENT
INVASION of my PRIVCY
FALSE Imprisonment

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. 20 million Dollars

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*I WANT THESE PEOPLE TO STAY AWAY FROM ME*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _____

Signature of Plaintiff  _____

Printed Name of Plaintiff  _____

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____